CRIMINAL DOCKET  U.S. District Court

| PO | ☐ | 981 | 2 | Assigned 8116 | | ☐ 1 ☐ WRIT | U.S. |
|---|---|---|---|---|---|---|---|

NICKELL, STELLA MAUDINE
(LAST, FIRST, MIDDLE)

| Mo. | Day | Yr. | | Def. |
|---|---|---|---|---|
| 12 | 09 | 87 | 00276 | 01 |

Disp./Sentence
☐ 2 ☐ JUVENILE
☐ ☐ ALIAS

Misd. ☐
Felony ☒  District  Off  Judge/Magistr.   OFFENSE ON INDEX CARD

VS. ▷

J53 6988

No of Def's 1

U.S. MAG. CASE NO   WD

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG | GUILTY NOLO |
|---|---|---|---|---|
| 18: 1365 | Tampering with consumer products (Cts. I - V) | 5 | | |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE

KEY DATE ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

EARLIEST OF

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)

KEY DATE 12-09-87  ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

APPLICABLE

KEY DATE 12-09-87

X a) 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO

☐ Dismissal ☐ Pled guilty  After N.G. ☐ Nolo ☐ After nolo ☐ Trial (ear dire) began ☐ Jury ☐ N.J.

KEY DATE

APPLICABLE

1st appears with or waives counsel  |  ARRAIGNMENT  |  1st Trial Ended  |  RE-TRIAL  |  2nd Trial Began  |  DISPOSITION DATE  |  SENTENCE DATE  |  ☐ PTD ☐ Nolle ☐ Pros.  |  FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP  |  on pet. motion on gov't motion

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|
| Search Warrant ☐ Issued ☐ Return | | | INITIAL APPEARANCE DATE ▷ | | ☐ DISMISSED HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| Summons ☐ Issued ☐ Served | | | PRELIMINARY EXAMINATION ☐ Date Scheduled ▷ | | |
| Arrest Warrant Issued | | | REMOVAL HEARING ☐ Date Held ▷ | | HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| COMPLAINT ▷ | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | |
| Date of Arrest | | | ☐ INTERVENING INDICTMENT | | |

OFFENSE (In Complaint)

☐ Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ ☐ ● ☐ ☐
20  21  40  In  Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.

CCA 88-3132 off.

Joanne Maida

FINE TO U.S. ATTY

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other.  6 ☒ PD.  7 ☐ CD

Thomas Hillier

BAIL ● RELEASE

PRE- INDICTMENT

Release Date
☐ Bail Denied

AMOUNT SET
$
☐ Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive
☐ Pers. Rec.
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bond
☐ Collateral
☐ 3rd Prty
☐ Other

POST- INDICTMENT

Release Date
☒ Bail Denied

AMOUNT SET
$
Date Set 12-11-87
☐ Bail Not Made
Date Bond Made

☐ Fugitive
☐ Pers. Rec.
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bond
☐ Collateral
☐ 3rd Prty
☐ Other

FINE AND RESTITUTION PAYMENTS    ☐ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

**CR87-276WD**

☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE
☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

**ORIGINAL STD:** 2/17/88

VI EXCLUDABLE DELAY — Start Date/End Date · Ln Code · Total Days

### V. PROCEEDINGS

1987

| DATE | NO. | | |
|------|-----|---|---|
| May 14 | 1 | FINANCIAL AFFIDAVIT | |
| May 15 | 2 | ORDER (JLW) | Appting F.P.D. as cnsl |
| Dec 9 | 3 | INDICTMNT | |
| " " | 4 | ORDER (PKS) | Issuing bench warrant & notice of request for detention.  ISSD |
| " " | 5 | MOTION | of pltf to seal indictmnt pursuant to Rule 6(e) |
| " " | 6 | ORDER (PKS) | Sealing indictmnt |
| " " | 7 | APPLICATION | of pltf to file sealed documnt |
| " " | 8 | ORDER (PKS) | allowing filing of sealed documnt |
| " " | 9 | MEMORANDUM | of pltf in support of preventive detention. |
| " " | 10 | MOTTON | of pltf for detention hrg |
| " " | 11 | ENT (PKS) | INITIAL: AUSA J. Maida; Def Cnsl J. Oliver; PO W. Myers; S-1007.  Def adv rights, charges, cnsl previously appted. Def to advise court if financial situation is changed.  Pltf moves for detention, hrg set 12/11/87, 2:30.  Def remanded. |
| | 12 | SECOND FINANCIAL AFFIDAVIT | |
| Dec 11 | 13 | APPLICATION | of def to file sealed documnt |
| " " | 14 | ORDER (PKS) | Allowing filing of sealed documnt. Cc & ent 12/11/87 |
| " " | 15 | REPLY | of def to pltf mtn for detention. |
| " " | 16 | ENT (PKS) | DETENTION HRG: AUSA J. Maida; Def Cnsl T. Hillier; PO W. Myers; S-1008/9.  Court hears from def cnsl re: testimony of potention witnesses, hears argumnt from cnsl re: detention, orders def DETAINED.  Def remanded. |
| " " | 17 | ORDER (PKS) | for detention. |
| **Dec 10 | 18 | ARREST WARRANT | Exec. 12/09/87 |
| Dec 14 | 19 | MOTION | of pltf & def to w/draw sealed documents |
| " " | 20 | ORDER (PKS) | Allowing w/drawal of sealed documents.  Cc & ent 12/14/87 |
| " " | 21 | MOTION | of def for revocation of detention order |
| Dec 15 | 22 | ENT (PKS) | ARRAIGNMNT: AUSA J. Maida; Def Cnsl T. Hillier; S-1011.  Def adv charges, pleads NOT GUILTY.  Trial set 2/16/88, 9:00.  PTM due 1/07/88.  Def remanded. |

For item 19: 12-14-87 / 12-14-87 · 1

CONTINUED TO PAGE____

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets)

A. Exam or hearing for mental/physical incapacity [1B USC 4244] [(1) (A)]

B. NARA exam [18 USC 2902] [(1) (B)]
C. State/Fed proceedings on other charges [(1) (D)]
D. Interlocutory appeal [(1)(E)]
E. Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F. Transfer from other district per FRCrP 20,21 or 40 or Misc Rule 4a [(1)(G)]

G. Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H. Misc. proceedings: arraignment, parole/ probation, revocation, Deportation, extradition [(1)]
S Deferral of prosecution (per 28 USC 2902) [(1)(C)]
E Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
I Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(1)]
M Unavailability of defendant or essential witness [(3)(A),(B)]
N Period of mental/physical incompetence of def to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]

R. Def awaiting trial of co-defendant & no severance has been granted [(7)]
T. Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A),(B)]
T1 Failure to continue would cost further proceedings or result in miscarriage of justice [(8)(B)(i)]
T2 Case unusual or complex [(8)(B)(ii)]

T3 Indictment following arrest can't be filed in 30 days [(8)(B)(iii)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B)(iv)]
U Time up to withdrawal guilty plea, [11B(h)]
W Grand Jury indictment time extended 30 more days, 3161 (b)

| UNITED STATES DISTRICT COURT | | NICKELL, STELLA MAUDINE | | | CR87-276 WD | | | |
|---|---|---|---|---|---|---|---|---|
| CRIMINAL DOCKET  *U. S. vs* | | | | | | | | |
| AO 256A ⊕ | | | | Yr. | Docket No. | | Def. | |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| **1987** | | | | | | |
| Dec 15 | 23 | MEMORANDUM — of authority of def supporting mtn to revoke detention order & request for order setting conditions of release | | | | |
| Dec 17 | 24 | ORDER (WLD) — and memorandum decision DENYING def mtn to revoke detention order.  Cc & ent 12/17/87 | | | | |
| Dec 18 | 25 | NOTICE OF APPEAL — of def of order denying pretrial release.  CCA #87-3176 | | | | |
| " " | | ***** Notice of Appeal sent to CCA  ***** | | | | |
| " " | | ***** Certificate of Record and Clerk's Record sent to CCA  ***** | ***** | | | |
| " " | 26 | MOTION — of Seattle Times to unseal judicial records.  Ntd: 12/28/87 | | | | |
| " " | 27 | MEMORANDUM — in support of mtn to unseal judicial records | | | | |
| " " | 28 | MOTION — of Seattle Times to shorten time for hrg mtn.  Ntd: 12/23/87 | | | | |
| " " | ** | Lodged — Order shortening time for hrg mtn | | | | |
| Dec 21 | 29 | RENOTICE OF MOTION — of Seattle Times to unseal judicial records.  Ntd: 1/08/88 | | | | |
| Dec 22 | 30 | RESPONSE — of pltf to Seattle Times mtn to shorten time | | | | |
| Dec 23 | 31 | RESPONSE — of Def in resp. to Seattle Times' Mtn to Shorten Time | | | | |
| Dec 24 | 32 | JOINDER — of Hearst Corp. in Seattle Times' Mtn to Unseal Jud. Records. Ntd 1-8-88 | | | | |
| " " | 33 | MEMO — of Hearst Corp. in support of Joinder | | | | |
| Dec 28 | 34 | ORDER (WLD) — DENYING Seattle Times mtn to shorten time for hrg mtn to unseal judicial records & GRANTING request for oral argumnt.  Hrg to be held 1/11/88, 8:30.  Cc & ent 12/28/87 | | | | |
| Dec 29 | 35 | TRANSCRIPT — of detention hrg 12/11/87 | | | | |
| " " | | ***** Certificate of Record sent to CCA  ***** | | | | |
| Dec 30 | 36 | MOTION — of def to extend time for filing pretrial mtns.  Ntd: 1/08/88 | 12-30-87 | | | |
| " " | 37 | MOTION — to shorten time for hrg mtn.  Ntd: 1/04/88 | 12-30-87 | | | |
| " " | ** | Lodged — Order shortening time for hrg mtn | | | | |
| **1988** | | | | | | |
| Jan 5 | 38 | POSITION — of def re: mtn to unseal judicial records | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                                                                                    Page 3
    AO 256A

| DATE | | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|---|
| | | | | (a) | (b) | (c) | (d) |
| | **1988** | | | | | | |
| Jan 5 | | 39 | RESPONSE | of pltf to mtns to unseal documnts | | | |
| " " | | 40 | LETTER | of pltf re: def mtn to extend time | | | |
| " " | | 41 | ORDER (WLD) | GRANTING def mtns to shorten time & extending PTM due date to 2/05/88. Pltf responses due 2/18/88.  Cc & ent 1/05/88 | | | |
| Jan 6 | | 42 | JOINDER | of Tacoma News, Inc. in Seattle Times mtn to unseal judicial records | | | |
| " " | | 43 | MEMORANDUM | of Tribune in support of Seattle Times mtn to unseal judicial records | | | |
| Jan 6 | | 44 | AFFIDAVIT | of William E. Holt (Tacoma News) (ln) | | | |
| Jan 7 | | 45 | MOTION | of def to continue trial date.  Ntd: Ntd: 1/15/88 | 1-07-88 1-14-88 | 7 | |
| " " | | ** | Lodged | Order continuing trial date | | | |
| Jan 11 | | 46 | ORDER (CCA) | AFFIRMING order of District Court for detention.  Cc & ent 1/11/88 | | | |
| " " | | 47 | ENT (WLD) | HRG ON MTN TO UNSEAL JUDICIAL RECORDS: AUSA G. Anderson, J. Maida; Def Cnsl J. Oliver; C. DeVor/Sea Times, D. Utevsky/Hearst Corp., W. Holt/Tacoma News Tribune; CR V. Sorenson.  Court hears from cnsl, takes matter under submission.  Def remanded. | | | |
| Jan 13 | | 48 | WAIVER | by def of speedy trial rights & request for a continuance | | | |
| Jan 14 | | 49 | ORDER (WLD) | Continuing trial date to 4/18/88.  Cc & ent 1/14/88 | | | |
| Jan 19 | | 50 | ORDER (WLD) | and memorandum decision DENYING mtns of Seattle Times, Seattle P-I and Tacoma News Tribune to unseal judicial records.  Cc & ent 1/19/88 | VOL. I | | |
| Jan 21 | | 51 | MINUTE ORDER (WLD) | Amending order continuing trial to include excluding time from 2/16/88 to 4/18/88.  Cc & ent 1/22/88 | 2-16-88 4-18-88 | 61 | |
| Jan 27 | | 52 | PRAECIPE | for Subpoenas, Issd. | | | |
| Feb 5 | | 53 | MOTION | of def for discovery.  Ntd:  2/19/88 | 2-05-88 | | |
| " " | | 54 | MOTION | of def for change of venue.  Ntd: 2/19/88 | 2-05-88 2-22-88 | -- | |
| Feb 8 | | 55 | SUPPLEMNTAL ORDER (WLD) | re: mtn to unseal judicial records & attached redacted memorandum of pltf & reply of def.  Cc & ent 2/08/88 | | | |
| Feb 10 | | 56 | TRANSCRIPT | hearing of 1/11/88 | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    NICKELL, STELLA MAUDINE

Page 4

CR87-276 WD

AO 256A ⊕

| Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1988** | | | | | | |
| Feb 16 | 57 | STIPULATION — of parties extending time of pltf to reply to pretrial mtns | | 2-16-88 | -- | |
| " " | 58 | AFFIDAVIT — of J. Maida regarding extension of time to file pltf reply brief | | 2-17-88 | | |
| " " | ** | Lodged — Stipulated Order extending pltf time to reply to pretrial mtns | | | | |
| Feb 17 | 59 | STIPULATED ORDER (WLD) Extending time for pltf reply to def mtn for change of venue to 2/19/88. Pltf reply to def mtn for discovery due 2/26/88. Cc & ent 2/17/88 | | | | |
| | | ***** Per Order of 2/08/88, hrg on def mtn for change of venue set 2/22/88, 1:30 ***** | | | | |
| Feb 19 | 60 | OPPOSITION — of pltf to def mtn for transfer of venue | | | | |
| " " | 61 | PRAECIPE — of def for issuance of subpoenas. ISSD | | | | |
| Feb 22 | 62 | ENT (WLD) ORAL ARGUMNT RE: MTN FOR CHANGE OF VENUE: AUSA J. Maida; Def Cnsl T. Hillier; Cnsl for media W. Holt, C. DeVor, D. Utevsky; CR V. Sorenson. Def witness S. Hutchcroft sworn & testifies. Court hears from cnsl, DENIES def mtn for change of venue w/o prejudice, mtn may be renewed at any time should additional evidence become available or if CCA unseals documnts they are publicized in this district, or at time of jury impanelment. Court GRANTS pltf mtn to certify record w/additional findings to CCA prior to decision. Def remanded. | | | | |
| " " | 63 | TRANSCRIPT — of proceedings 2/22/88 | | | | |
| Feb 23 | 64 | SUBPOENA — M. Stanton, Exec. 2/22/88 | | | | |
| Feb 25 | 65 | MINUTE ORDER (WLD) Directing statemnts of cnsl in chambers on 2/08/88 re: redacted copies of memoranda under seal be made part of record. Cc & ent 2/25/88 | | | | |
| Feb 29 | 66 | REQUEST — of pltf for reciprocal pretrial discovery | | | | |
| " " | ** | Lodged — Pltf response to def mtn for pretrial discovery | | | | |
| " " | 67 | MINUTE ORDER (WLD) GRANTING permission for pltf to file oversized brief in response to def mtn for discovery. Cc & ent 2/29/88 | | | | |
| " " | 68 | RESPONSE — of pltf to def mtn for pretrial discovery | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT                                                    **Page 5**
CRIMINAL DOCKET
    AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| _1988_ | | | | | | |
| Mar 2 | 69 ORDER (CCA) | GRANTING petitions for writ of manda-mus of Seattle Times Company & Hearst Corporation & releasing four docu-mnts previously filed under seal.  Cc & ent 3/02/88 | | | | |
| Mar 3 | 70 REPLY | of def to pltf response concerning discovery | | | | |
| Mar 7 | 71 RESPONSE | of pltf to def reply to pltf response concerning discovery | | | | |
| " " | 72 MINUTE ORDER (WLD) | GRANTING def request for oral argumnt on mtn for discovery.  Hrg set 3/09/88, 3:00.  Pltf to provide copies of gov't agents notes & memoranda which contain or reflect def statemnts, & w/any ex-culpatory evidence & witness impeach-mnt material, possessed by pltf & w/in scope of def discovery requests for _in camera_ review by 3/08/88, 3:00. Cc & ent 3/07/88 | | | | |
| Mar 9 | 73 ENT (WLD) | ORAL ARGUMENT ON DISCOV. MTN.: AUSA J. Maida: Def Cnsl T. Hillier: CR J. Roth. Court rules on Discov. Mtn after hrg. Cnsl: Def's supple. Memo re:Jenks Act mat./GJ test. due 3/11/88; Gov't reply due 3/16/88. Transc. of rulings in this hrg. to be prepared w/copies to Cnsl. | | | | |
| Mar 11 | 74 TRANSCRIPT | of Proceedings 3-9-88 (WLD) | | | | |
| " " | 75 RENEWED REQUEST | of Def for Change of Venue/Indiv. Conducted Voir Dire. Ntd 3-25-88 | | 3-11-88 3-18-88 | -- | |
| " " | 76 SUPPLE MEMO | of Gov't re: Discov. Req. for Brady Mat. | | | | _Vol III_ |
| Mar 16 | 77 OPPOSITION | of Gov't re: Brady Mat. | | | | |
| Mar 18 | 78 ORDER (WLD) | DENYING def renewed mtn for change of venue, mtn may be renewed at any time before or during jury empanelmnt. Def alternative request GRANTED. Questioning of prospective jurors will be conducted, in part, on indiv-idual basis & will include question-ing directly be cnsl.  Cc & ent 3/18/88 | | | | |
| " " | 79 ORDER (WLD) | Authorizing paymnt of transcript | | | | |
| MAR 22 | 80 TRANSCRIPT | hrg of 3/9/88 | | | | |

Interval         Start Date    Ltr. Total
(per Section II)  End Date     Code Days

CR87-276 WD

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

NICKELL, STELLA MAUDINE

AO 256A ®

| | | Yr. | Docket No. | Def. |
|---|---|---|---|---|

| DATE 1988 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| MAR 22 81 | ORDER (WLD) | deft mtn to produce <u>Brady</u> denied; witness lists to be exchanged Friday prior to trial; trial briefs due Wednesday b4 trial; proposed jury instru. Thursday b4 trial.  Cc & ent 3-22-88      pv | | | | |
| Mar 31 82 | PRAECIPE | for issuance of subpoenas.  ISSD | | | | |
| " " 83 | NOTICE | of pltf of intent to use def statemnts | | | | |
| APR 8 84 | PRACIPE | for 30 subs in dup/blank from FPD  ISSD | | | | |
| APR 8 85 | APPLICATION & ORDER (WLD) | for writ HC ad test on Daphne Cole from Renton City Jail           WRIT ISSD | | | | |
| APR 8 86 | RETURN | on sub issued to Bob Christman served 4/8/88 | | | | |
| " " 87 | ENT (WLD) | HRG. re: CUST. OF DEF: AUSA J. Maida: Def Cnsl T. Hillier. Def moves court to order that Def remain in King County Jail. Court DENIES Mtn & orders Def removed to Kent Jail. Pret. Conf. to be set by Clerk. | | | | |
| Apr 12 88 | ENT (WLD) | PRET. CONF.: AUSA J. Maida: Def Cnsl T. Hillier: CR V. Sorensen. Court extends trial brief due date to 4-18-88. Trial hrs. are from 9:30 a.m. to 4:30 p.m. Mon-Thurs. | | | | |
| APR 14 89 | REQUESTED VOIR DIRE | deft's | | | | |
| " " 90 | REQUESTED JURY INST. | deft's | | | | |
| " " 91 | REQUESTED INST. | pltf's | | | | |
| Apr 15 92 | WITNESS LIST | govt's | | | | |
| APR 18 93 | TRIAL BRIEF | deft's | | | | |
| " " 94 | TRIAL BRIEF | plft's | | | | |
| " " ** | DEFT WITNESS LIST | of def | | | | |
| " " 95 | WITNESS LIST | of def | | | | |
| " " 96 | ENT (WLD) | JURY TRIAL - FIRST DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson.  Qualification oath given, jurors excused for hardship & cause.  Prospective jurors excused, selection to continue 4/19/88. Def remanded. | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|---|
| | | | | (a) | (b) | (c) | (d) |
| | 1988 | (Document No.) | | | | | |
| Apr 18 | | 97 | NEWSPAPER ARTICLE | from U.S.A. Today on 4/18/88, given to Clerk by Juror #24 | | | |
| Apr 19 | | 98 | PRAECIPE | for issuance of subpoenas.  ISSD | | | |
| " " | | 99 | ENT (WLD) | JURY TRIAL - SECOND DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson.  Hardship, cause & peremptory challenges exercised, jurors empanelled:  L. Adams, R. Patterson, M. Cruse, M. Andrews, A. Wong, D. Sperling, L. Holliday, C. Wise, F. Nguyen, H. Russell, C. Bidleman, J. Hasslinger & aternates D. Reed & R. Stohler.  Def remanded. | | | |
| " " | | 100 | PEREMPTORY CHALLENGES | of pltf & def | | | |
| " " | | 101 | EXHIBIT LIST | of pltf | | | |
| Apr 20 | | 102 | ENT (WLD) | JURY TRIAL - THIRD DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson.  Pltf & def give opening statemnts, pltf witnesses sworn & testify:  R. Jewett, B. Rickert, P. Webking, C. Fligner, D. Reid, E. Sexton, I. Nakamoto, K. Rice, J. Nordness, L. Force.  Exbs. marked & admitted.  Def remanded. | | | |
| Apr 21 | | 103 | ENT (WLD) | JURY TRIAL - FOURTH DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson.  Pltf witnesses sworn & testify:  L. Force, R. Nichols, G. Lande, S. Sorby, P. Stegenga, M. Stanton, M. Stone, P. Lindgren, V. Williams, T. Noonan, B. Anderson.  Exbs. marked & admitted.  Trial to resume 4/25/88, 9:30. | | | |
| Apr 25 | | 104 | ENT (WLD) | JURY TRIAL - FIFTH DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson;  Pltf witnesses sworn & testify:  B. Anderson, D. George, W. Stewart, R. Lesniewski, L. Selby, L. Wagoner, C. Hamilton.  Exbs. mark & admitted.  Def remanded. | | | |
| " " | | 105 | SUPPLEMNTAL WITNESS LIST | of pltf | | | |
| " " | | 106 | SUBPOENA | H. LittleJohn, Exec. 4/25/88 | | | |
| ** Apr 23 | | 107 | ORDER (CCA) | Including Judge Dwyer's Memorandum Decision & Order of Mtn to Unseal Judicial Records inadvertently omitted from Judge Koelsch's concurring & dissenting opinion. | | | |

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

Page 8

NICKELL, STELLA MAUDINE

CR87-276 WD

AO 256A ⊕

| | | | | Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|-------------------------|------|------|------|------|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| **1988** | | | | | | |
| Apr 26  108 | ENT (WLD) | JURY TRIAL - SIXTH DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson.  Pltf witnesses sworn & testify:  C. Hamilton, J. Rice, M. Denton, R. Martz, C. Collins.  Outside presence of jury, Court hears from cnsl re: testimony of K. Parker, excludes testimony at this time.  Exbs. marked & admitted.  Def remanded. | | | | |
| "   "  109 | SUBPOENA | B. Stone, Exec. 4/26/88 | | | | |
| Apr 27  110 | ENT (WLD) | JURY TRIAL - SEVENTH DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson.  Pltf witness C. Collins continues testimony.  Pltf rests. Def witnesses sworn & testify:  D. Reichenbach, B. Stone, W. Donais, R. Johnson, D. Honigs, V. Moen, L. Church, G. Church, S. Nickell.  Exbs. marked & admitted.  Def remanded. | | | | |
| Apr 28  111 | ENT (WLD) | JURY TRIAL - EIGHTH DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson.  Def witness S. Nickell continues testimony.  Outside presence of jury, Court DENIES def mtn for mistrial &/or sanctions. Def rests.  Pltf rebuttal witness K. Parker sworn & testifies.  Pltf rests.  Trial to resume 5/02/88, 9:30. | | | | |
| Apr 29  112 | SUBPOENAS | of def | | | | |
| May  2  113 | ENT (WLD) | JURY TRIAL - NINTH DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson.  Court hears from cnsl re: exceptions to jury instructions, Court instructs jury.  Pltf & def give final argumnts. pltf gives rebuttal argumnt.  Court excuses jury to begin deliberations 5/03/88. | | | | |
| "   "  114 | JURY INSTRUCTIONS | of trial | | | | |
| "   "  115 | ORDER (CCA) | Including Judge Dwyer's Supplemntal Order re: mtn to unseal judicial records inadvertently omitted from Judge Koelsch's concurring & dissenting opinion. | VOL. III | | | |
| "   "  116 | ORDER (WLD) | Authorizing paymnt of transcript | | | | |

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | | PROCEEDINGS (continued) | | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | (Document No.) | (a) | (b) | (c) | (d) |
| | 1988 | | | | | | | |
| May 2 | | 117 | WITNESS LIST | of trial | | | | |
| " " | | 118 | EXHIBIT LIST | of trial | | | | |
| May 3 | | 119 | ENT (WLD) | JURY TRIAL - TENTH DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson. Court excuses alternate jurors R. Stohler & D. Reed, jury begins deliberations. Jury excused to 5/04/88, 9:30. | | | | |
| " " | | 120 | ORDER (WLD) | authorizing paymnt of juror meals | | | | |
| May 4 | | 121 | ENT (WLD) | JURY TRIAL - ELEVENTH DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson. Jury continues deliberations. Court grants jury request for easel and marking pens. Jury excused to 5/05/88, 9:30. | | | | |
| " " | | 122 | REQUEST | of jury for easel & marking pens | | | | |
| May 5 | | 123 | ENT (WLD) | JURY TRIAL - TWELFTH DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson. Jury continues deliberations, submits two questions re: testimony of C. Hamilton. Court hears from cnsl, sends answer to jury. Jury excused to 5/06/88, 9:30. | | | | |
| " " | | 124 | JURY QUESTION/ANSWER | re: testimony of C. Hamilton | | | | |
| May 6 | | 125 | ENT (WLD) | JURY TRIAL - THIRTEENTH DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson. Jury continues deliberations, submits question re: reasonable doubt. Court hears from cnsl, sends answer to jury. Jury submits note stating inability to reach verdict. Court hears from cnsl, excuses jurors to return 5/09/88 for further deliberation. | | | | |
| " " | | 126 | JURY QUESTION/ANSWER | re: reasonable doubt | | | | |
| " " | | 127 | JURY QUESTION | re: inability to reach verdict | | | | |
| " " | | 128 | JURY QUESTION | re: return for deliberation 5/09/88 | | | | |
| May 9 | | 129 | ENT (WLD) | JURY TRIAL - FOURTEENTH DAY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson. Court hears from cnsl re: reading of testimony of C. Hamilton in response to jury question of 5/05/88. Jury resumes deliberations. Juror #7 submits note to Court re: anonymous telephone call. Juror #7 questioned individually. | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*          NICKELL, STELLA MAUDINE

Page 10

AO 256A ⊕

| Yr. | Docket No. | Def. |
|-----|-----------|------|
|     | CR87-276 WD |    |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|--------------------------|------|------|------|------|
| | (Document No.) | | (a) | (b) | (c) | (d) |

1988

| Date | | Doc. | Type | Description |
|------|--|------|------|-------------|
| May 9 | | | ENT (WLD) | JURY TRIAL - FOURTEENTH DAY, cont.: Court hears from cnsl, juror #7 to remain on panel. Testimony of C. Hamilton read to jury, jury continues deliberations, returns verdict of GUILTY on Cts. I-V. Sentencing set 6/17/88, 9:00. Def remanded. |
| " " | | 130 | LETTER | from juror #7 re: anonymous telephone call |
| " " | | 131 | JURY INSTRUCTIONS | of trial |
| " " | | 132 | SUPPLEMENTAL JURY INSTRUCTION | of trial re: reasonable doubt |
| " " | | 133 | VERDICT | of jury |
| " " | | 134 | JURY ATTENDANCE RECORD | |
| May 10 | | 135 | MOTION | of def requesting permission to interview jurors. Ntd: 5/20/88 |
| " " | | 136 | MOTION | of def to shorten time for hrg mtn. Ntd: 5/10/88 |
| " " | | ** | Lodged | Order shortening time for hrg mtn |
| " " | | 137 | ORDER (WLD) | Shortening time for hrg mtn. Cc & ent 5/10/88 |
| May 11 | | 138 | ENT (WLD) | ORAL ARGUMNT RE: MTN REQUESTING PERMISSION TO INTERVIEW JURORS: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorenson. Court hears from cnsl, GRANTS mtn to interview jurors re: misconduct. Hrg set 5/13/88, 2:00. Cnsl to submit questions by 5/12/88, 3:00. Court DENIES def request to subpoena juror telephone records & roommate of juror #7, L. Holliday. Court GRANTS def mtn to extend mtn date to 5/20/88. Def remanded. |
| May 12 | | 139 | SUBMISSION | of def concerning post-trial questioning of jurors |
| May 13 | | 140 | ENT (WLD) | HEARING TO INTERVIEW JURY: AUSA J. Maida; Def Cnsl T. Hillier; CR V. Sorensen. Court interviews juror #7, L. Holliday. Exbs. marked & admitted. Couart interviews remaining jury panel. Jury excused. Def remanded. |
| May 18 | | 141 | SUBPOENAS | of jurors. Exec. 5/13/88 |
| " " | | 142 | SUBPOENA | C. Hamilton, Exec. 4/21/88 |

Interval
(per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|---|
| 1988 | | | | (a) | (b) | (c) | (d) |
| May 20 | 143 | MOTION | deft for new trial ntd: 6-3-88 | | | | |
| " " | 144 | AFFIDAVIT | of T Hillier re: mtn new trial | | | | |
| " " | *** | LODGED | memo in support mtn new trial | | | | |
| " " | 145 | MOTION | deft to file oversize memo ntd: 6-3-88 | | | | |
| " " | ** | LODGED | order re: oversize memo | | | | |
| May 25 | 146 | ORDER (WLD) | GRANTING permission for def to file oversized brief.  Cc & ent 5/25/88 | | | | |
| " " | 147 | MEMORANDUM | of authority in support of def mtn for new trial | | | | |
| May 27 | 148 | MOTION | govt to file oversize brief         - 8 | | | | |
| " " | ** | LODGED | order re: oversize | | | | |
| " " | ** | LODGED | govt resonsive brief | | | | |
| May 31 | 149 | ORDER (WLD) | granting oversize govt memo Cc & ent 5-31-88 | | | | |
| " ' | 150 | MEMORANDUM | govt opposing deft mtn new trial | | | | |
| " " | 151 | MEMORANDUM | deft to govt brief re: new trial | | | | |
| June 1 | 152 | REQUEST | deft  for hearing on mtn for new trial ntd: 6/10/88. | | | | |
| June 2 | 153 | OPPOSITION | Gov'ts to def  request for oral arg. | | | | |
| " " | 154 | ENT (WLD) | Oral arg on Def mtn for new trial is set for 6/3/88 at 11:15 a.m. | | | | |
| June 3 | 155 | LETTER | from juror Holliday. | | | | |
| " " | 156 | ENT (WLD) | ORAL ARG on def mtn for new trial. AUSA J. Maida; D cnsl T. Hillier; CR V. Sorenson. Court will iss written order be 6/17/88. Letter from juror Holliday is ordered filed.(cc to c) Court gives cnsl leave to file suppl brief not to exceed 5 pgs by 6/7/88. Def remanded. | | | | |
| June 7 | 157 | LETTER | from juror Hasslinger | | | | |
| June 14 | 158 | SENTENCING MEMORANDUM | defts | | | | |
| June 15 | 159 | SENTENCING RECOMMENDATION | of gov't | | | | |
| 16 | 160. | ORDER (WLD) | denying Deft mtn for new trial. Ent 6/16/88  C to c. | | | | |
| " | 161 | CERTIFICATE | of svc of gov't sentencing rec. | | | | |
| June 17 | 162 | ENT (WLD) | SENTENCING;  AUSA J. Maida; Def Cnsl T. Hillier; PO W. Myers; CR V. Sorenson. PSR accepted. | | | | |
| | | | -------------------------------------- | | | | |
| | | | Ct. 1 - 90 yrs jail. Minimum of 30 yrs    to be served.        (cont) | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U.S. vs*

NICKELL, STELLA MAUDINE

CR87-276 WD

| | | | Yr. | Docket No. | Def. |

AO 256A ®

| DATE 1988 | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| June 17 | 162 (cont) | Ct. 2 - 90 yrs to be served concurrently w/ Ct. 1. | | | | |
| | | Cts. 3-5, 10 yrs to be served concurrently w/ cnts 1 & 2. | | | | |
| | | $250.00 special assesment fee. | | | | |
| | | Court recommends the Bureau of Prisons confine deft as Purdy correctional institution during pendency of appeal. Court advises deft re her right to appeal. Deft files a Notice of Appeal. Deft remanded. | | | | |
| " " | ** | NOTICE OF APPEAL  by deft from final judgment & order ent 6/16/88.  (88-3132) | | | | |
| " " | ** LODGED | judgment & commitment | | | | |
| June 20 | 163 | JUDGMNT & COMMITMNT (WLD)   CC & ent 6/20/88 | | | | |
| June 20 | 164 | NOTICE OF APPEAL  of deft from final judgment & order denying mtn for new trial (88-3132) | | | | |
| June 21 | ** | Sent notice of appeal to CCA | | | | |
| June 21 | 165 | ORDER (WLD)  authorizing payment of transcript. | | | | |
| July 8 | 166 | DESIGNATION  of transcript of appellant. | | | | |
| Oct 14 | 167 | ORDER(CCA)  transcript due 12/1/88; appellant's due 12/28/88; appellee brief due 1/27/89; reply due 2/10/89. (ent 10/25/88) | | | | |
| Nov 3 | 168 | TRANSCRIPT  of proceedings B4 WLD on 4/18/88 at 9:00 am  Vol I | | | | |
| Nov 3 | 169 | TRANSCRIPT  of proceedings B4 WLD on 4/19/88  Vol II | | | | |
| Nov 3 | 170 | TRANSCRIPT  of proceedings B4 WLD on 4/20/88  Vol III | | | | |
| Nov 3 | 171 | TRANSCRIPT  of proceedings B4 WLD on 4/21/88  Vol IV | | | | |
| Nov 3 | 172 | TRANSCRIPT  of proceedings B4 WLD on 4/25/88  Vol V | | | | |
| Nov 3 | 173 | TRANSCRIPT  of proceedings B4 WLD on 4/26/88  Vol VI | | | | |
| Nov 3 | 174 | TRANSCRIPT  of proceedings B4 WLD on 4/27/88  Vol VII | | | | |
| Nov 3 | 175 | TRANSCRIPT  of proceedings B4 WLD on 4/28/88  Vol VIII | | | | |
| Nov 3 | 176 | TRANSCRIPT  of proceedings B4 WLD on 4/29/88  Vol IX | | | | |
| Nov 3 | 177 | TRANSCRIPT  of proceedings B4 WLD from 5/2/88-6/17/88  Vol 10 | | | | |
| Nov 4 | ** | Mailed Cert of Record to CCA, c to cnsl.  pp | | | | |
| " | 178 | ORDER(WLD)  for payment for transcript. | | | | |
| 1989 | | | | | | |
| May 18 | | **MAILED Clerk's record (original file & trans.) to CCA c to cnsl of transmittal letter | | | | |

*// end //*

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|--------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| **1990** | | | | | | |
| Jan. 11 | 179 | MANDATE (CCA):  the judgment of the District Court is AFFIRMED (copy of opinion attached) (cc: cnsl) | | | | |
| Feb 7 | 180 | RETURNS- trial subpoenas from USMO | | | | |
| Jun 10 | 181 | MINUTE ORDER (WLD)    materials received from Mr. Martin to be returned and that he has no standing to file papers in this case. (C to Mr. Martin, WLD) | | | | |
| **1997** | | | | | | |
| 4/24/97 | ** | 2255 MOTION    filed by deft.  All further filings found under **C97-686WD**. | | | | |

Interval (per Section II)   Start Date / End Date   Ltr. Code / Total Days