United States District Court
Washington Western District

Stella Maudine Nickell
                    Respondent

vs.                              Case No: CR87-276-WD
United States
                    Petitioner

Re: Request For Compassionate Release/Reduction In
Sentence

Comes now Petitioner, Stella Maudine Nickell.
This request is made pursuant to Program Statement
5050.50, Compassionate Release/Reduction in
Sentence: Procedures for Implementation of 18
USC 3582(C)(1)(A) and 4205(g), dated January 17, 2019
under section 2. Extraordinary or Compelling
Circumstances. I believe I qualify for Compassion-
ate Release under the following reasons:
- Aging-related chronic medical conditions
- Non-medical "Elderly"

Also in addition (see attached motion).

Respectfully submitted,

                    Stella Maudine Nickell

Pg. 2

## Motion Addendum

– See denied Compassionate Release from June 9, 2021 from Warden Garcia – Please note as indicated in denial, Warden Garcia indicates that the petitioner's offense was non-parolable. This is an incorrect statement. Per her sentencing judge, The petitioner was to serve a minimum sentence of 30 years to be eligible for parole at that time, the petitioner has already served 34 years in prison and is 78 years old.

The petitioner has several health issues relating to her elderly age that the BOP cannot provide her with, the medical care that she needs. (United States vs. Sanders 2022 US Dist. Lexus 41504 (D. New Mexico March 9, 2022)

See letter of character reference – Unicor Call Center Factory Manager

*Use this form if you are asking the court (not the BOP) for compassionate release from prison. Please make sure the form is typed or neatly written. Once you complete the form, mail it to the Clerk of the United States District Court where you were sentenced.*

# UNITED STATES DISTRICT COURT

## FOR THE

_Western_ DISTRICT OF _Washington_

| | |
|---|---|
| UNITED STATES OF AMERICA | **Case No.** _CR87-276-WD_ |
| | (write the number of your criminal case) |
| v. | |
| _Stella Maudine Nickell_ | **MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)** |
| Write your full name here. | (*Pro Se* Prisoner) |

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes

☒ No

If you answered yes, please list the documents in section IV of this form.

NICKELL, STELLA 173

## I.    SENTENCE INFORMATION

Date of sentencing: _____ *June 17, 1988* _____

Term of imprisonment imposed: _____ *90 years* _____

Approximate time served to date: _____ *34 years* _____

Projected release date: _____ *July 10, 2040* _____

Length of Term of Supervised Release: *Mandatory Release*

Have you filed an appeal in your case?

&#9746; Yes

&#9744; No

Are you subject to an order of deportation or an ICE detainer?

&#9744; Yes

&#9746; No

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

NICKELL, STELLA 1731

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

    ☒ Yes, I submitted a request for compassionate release to the warden on

    _____.

    ☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____

_____

Was your request denied by the Warden?

    ☒ Yes, my request was denied by the warden on (date): *also (admin 9)*
                                             *See attached*

    ☐ No. I did not receive a response yet.

## III.    GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

### A. Are you 70 years old or older?

    ☒ Yes.

    ☐ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

NICKELL, STELLA 17371086

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☒ Yes.

☐ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☒ Yes.

☐ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☒ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

☐ I have been diagnosed with a terminal illness.

☒ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

☒ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☒ There are other extraordinary and compelling reasons for my release.

Page 4 of 6

NICKELL, STELLA 17371086

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

_See attached_

## IV.   ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☒ Yes | ☐ No | ☒ Yes | ☐ No |
| Additional medical information | ☒ Yes | ☐ No | ☒ Yes | ☐ No |
| | ☐ Yes | | ☐ Yes | ☐ No |
| | ☐ Yes | | ☐ Yes | ☐ No |

## V.     REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☑ Yes

☐ No

## VI.     MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence
(compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of
perjury that the facts stated in this motion are true and correct.

_4/26/22_
Date                                          Signature

_Stella Maudine Nickell_
Name

_17371-086_
Bureau of Prisons Register #

_FCI Dublin_
Bureau of Prisons Facility

_5101 8th Street, Unit A  Dublin, CA 94568_
Institution's Address

NICKELL, STELLA  17371086

COMPASSIONATE RELEASE REQUEST
Re: The First Step Act

My Name is Stella Nickell, Reg #17371-086. I am requesting Compassionate Release,
BOP PS 5050.50, chapter 2 "Extraordinary or Compelling circumstances"and chapter 4
"Non-medical Elderly", but I do have aging-related chronic medical conditions. I am
under 18 USC 4205(g),"A sentencing Court, on motion of the BOP may make an inmate
with a minimum term sentence immediately eligible for parole by reducin the minimum
sentence to time served." I believe I qualify based on the following criteria.

- I am age 78 and have served over 30 years of my term.
- My sentence is 90 years with a 30 year minimum for 18 USC 1365.
- I was age 42 when I committed my offense; age 44 when sentenced.
- I should have been paroled at my first parole hearing(2017), that was also my
  two-thirds date, per law. Please see "Sentencing Monitoring Computation Data"
- 18 USC 4161 states "Shall be entitled to deduction from the term of his
  sentence beginning with the day on which the sentence commences to run."
  "Good faith and common construction of the English language requires the Good
  Time to be taken from the total sentence off the top"; thus by law my time
  served plus 30 years good time equal two-thirds of my term.
- 18 USC 4205(2) "...a current prisoner, by operation of the law, receives full
  benefit of parole and one-third time release."
- 18 USC 4206(d) mandates "Any prisoner serving a sentence of 5 years or more
  who is not released under this section...shall be released after serving two-
  thirds (2/3) of term provided (1) no serious violations of the institution
  rules has occured, or (2) proven probability he will commit a Federal, State
  or local crime".
- 18 USC 5871 Amendment deleted language that allowed the Parole Commission to
  consider parole at its own discretion, which became effective upon enactmnt
  of CCCR October 12,1984.
- There is no 'proven', or even reasonable, probability that I will commit
  another offense when paroled; I am 78 years old and this is my first time
  in prison. I have always respected the officers and staff.
- I have only two minor Incident Infractions (1992/2003) in 35 years. Also BOP
  BRAVO shows "Criminal History (0)" and "Public Safety Factor (NONE)".
- The First Step Act "PATTERN" shows.I have minus scores in both "General and
  Violent Recidivism Risk" which is minimum risk.
- My 2022 Program Review verifies my satisfactory adjustment, good rapport with
  staff and peers, and not a management problem. A hard worker with outstanding
  Work Performance Evaluations.
- My present Case Manager/Unit Team recommended parole at my parole hearings.
- I believe my trial/sentencing Judge was well aware of the laws, 18 USC 4205(2)
  and 18 USC 4206(d), concerning the two-thirds parole date and the 18 USC 5871
  Amendment, thus the reason for his sentencing statement, "I have sentenced Ms.
  Nickell...with a 30 year minimum because I do not believe Ms. Nickell will
  be committing any crimes at 74 years old."
- I am accredited with  two-thirds of my term by Parole Commission laws, which
  state, "...the law provides that the offender will be granted mandatory parole
  by the Commission when he/she has served two-thirds of term, unless the
  Commission makes a finding that either (1) the offender seriously or frequently

2-10-2020

violated institution rules or (2) there is a reasonable probability that the offender will commit further crime." 18 USC 4206(d) mandates 'proven' probability.
- It would seem the Parole Commission has forgotten/ignored the 18 USC 5871 Amendment that deleted language concerning parole at its discretion.
- The Sentencing Commission Recidivism Research found inmates age 65 and older exhibit a very low rate of recidivism (13%), as compared to other age groups.

Employment Experience/Knowledge; the following are inclusive not exclusive.
- Pre-Prison employment:
  * Burns International Security; Officer and Dispatch Operator, (1987).
  * Wells Fargo Security; Airport Security Officer on check-in concourse.
  * Eddie Bauer; Sewing Machine Operator.
- Post-Prison employment: UNICOR (FPI)    30 years (1992 to present).
  * Call Center — 411 Directory assistance & IT Clerk, miscellaneous maintenance
  * Cut'N'Sew — 18 years Sewing Machine Mechanic & miscellaneous machine repair
  * Furniture Factory (Mill) — Overhead Router Operator, Drafting Department.
- Institution Work Details:
  * CMS (Facilities): Clerk, Drafting Department.
  * Laundry: Clothes Press Operator, I continue maintaining their sewing machine.
  * Psychology Services: Suicide Watch Cadre (monitoring inmates in observation)

I have earned numerous Recommendations, Awards, and Certificates from UNICOR.
I have also earned 5 years Extra Good Time Credit for my years in UNICOR.

I have received multiple Psychology and Educational Certificates for classes taken to help improve myself and learn the technologies of today: inclusive not exclusive.
- Psychology;
  * Suicide Watch Cadre
  * PTSD Trama workshop
  * Surviving Adversity I & II
- Educational/Technical;
  * Visio software (UNICOR)
  * College Graphics (3 courses)
  * Paralegal — correspondence course
  * Small Business Management — Correspondence course

Medical History: Post incarceration; inclusive not exclusive.
- I have been exposed to active TB: tested positive, recieved treatment.
- I broke my right foot while working overtime at UNICOR (1998).
- Broke right foot, ankle, and two ribs going into Food Service, (2016)
- Carple Tunnel surgery on right hand and is recommended for left hand (2017)
- Fell again on compound and seriously injured hips, shoulders, neck, etc., all were x-rayed and accident report filed.

- Age-Related chronic medical conditions, re; multiple x-rays and tests.
  * Mild heart murmur
  * Osteoarthritis: mainly hips, spine, shoulders, and elbows, (3" height loss)
  * Bone density deterioration
  * Deterioration of 3 disc/vertebra; neck, shoulders, and lower back.
  * Double Scoliosis of the spine: shoulders and lower back.
  * Severe hearing loss, (10 years advanced for age).
  * Dental conditions; upper partial/full bottom dentures
  * Future Cataracts, per Optometrist, within 10 years.

2

2-18-2020

Release Plans: Residence, Medical, Financial:

- Residence: (Please see attached letter); Primary 9th circuit, non-Primary State, NV. 89110

  Anna Jo Rider
  313 Agora Way
  Las Vegas, NV 89110
  Ph (702) 728-6573

  I have known Anna Jo (A.J.) 40 years. She and her family are generous enough to open their home and hearts to me with compassion and love, to help me reintegrate into society and the community. I will not be a burden for either for I have a good prerelease savings.

- Medical: I am eligible for Social Security, Medicare and Federally assisted
  Medicaid. I also plan to apply for AARP Medicare supplemental Insurance, and
  will have employment related insurance.

- Financial: I have pre-release savings and I am eligible for Social Security
  (I am 78 years old). I am capable of part-time work and have never had a
  problem finding work since age 18.

I will neither violate parole nor return to prison if humanly possible. I am not
a danger to the safety of any person or the community

The Psychology classes have given me insight to help me understand the emotions
that, through adversity, get suppressed by the innate instinct of self-preservation.
I will diligently continue to strive toward self-improvement.

I plan to seek professional help through the Probation Departments' resources,
and the community's, to help me understand more about what my mind and emotions
were going through for me to commit the heinous offense I am responsible for. I
need to know the WHY, because I am not an evil nor violent person.

I am very fortunate to have family and close friends that will help me with the
transition back into society.

My sibilngs are all older than I am. The oldest is 88, if she is still living,
none of them are in good health. I am secure in my entire family's love and support.
I requested they not visit, for the hardship it would cause them and because I
do not want them to see their youngest sibiling in prison. I am the only one to
ever be in prison. I plan to get reaquainted with them, if given the chance. I
wish for them to know that I am still the same person/sister they grew up with.

I am accused of "Not knowing the moral wrong I committed". Nobody knows better
than I the depth of my heinous offense and how deeply it goes against the 'accepted
standards of conduct'. I have lived with it, daily, on my conscience and in my
mind. There are no words descriptive or strong enough to express the sorrow I
carry for causing such devastating loss. I am most remorseful for being responsible
for the loss of two humans lives. If there was a way to make it never to have
happened I would without question. I pray for forgivness daily. I am now mentally
and emotionally cognizant of the immoral heinous act I committed. I lost my mother
and only brother while in prison. I am sure my sorrow was miniscule compared to
the sorrow felt by the two families for the loss of their loved ones.

2/10/2020

I truely and sincerely regret being responsible for the loss of those two precious lives. I prey for forgivness. There is nothing in this life that can or will cause me to commit another crime/offense, of any kind, ever again!

My early release will neither depreciate the seriousness nor minimize the severity of my offense. It is not the length of sentence that dictates the seriousness, but all the important irretrievable, precious moments missed for life. i.e., being with my youngest daughter when my first grandson was born (1988); seeing my first great-grandson come kicking and screaming into this world (2005); being there when my next grandson (1992) and great-grandson started crawling; Watching them all grow and achieve in school; These missed moments are what rule the offense severity, also that I couldn't be there when my youngest was diagnosed with cancer (and I haven't been able to contact her since); helping my granddaughter with my great-grandsons (both have a handicap); and when the Doctor told her she had a 75% chance of cervical cancer if she had a child, she chose to have two. I have never seen my grandsons (now married young men) nor my great-grandsons (teenagers). The heartache of missing so very much in my childrens lives and not able to be there when needed most. Due to my own impulsive stupidity. These are what rule the severity of my offense.

I have taken my incarceration very seriously and have learned many profound lessons, through introspection, that have helped lead me to the self-improvement programs offered. I will find more resources once I return home.

The severity of my offense is evident in the reality of missing the most precious moments a great-grandmother can be presented with in life. I am responsible for, all concerned, missing so many of these treasures due to taking that one impulsive mis-step that shattered all our lives. I have carried that responsibility in my mind and on my conscience daily and will for life.

I am extremely grateful for the compassion and concern of the staff and officers who ask, "Nickell, when are you going home? You have done enough time." I pray you all believe and feel the same compassion.

Freedom is the greatest, most fantastic possession of life. I beg forgivness and the chance to pass the knowledge from this experience on to others. "Nothing, no matter what it is, is important enough in life to jeopardize your freedom for". Freedom is too precious to waste and miss future treasurable moments.

In your infinite compassion and mercy, if you can find it in your heart, Please grant my compassionate release. I can, do and will promise not to return to prison. I am 78 years old and twice a great-grandmother. I also have served 35 years (two-thirds, per law) of my term. I am not a danger to the safety of any person nor the community. I will not be a burden to the comminity. I will not commit any Federal, State, or local offences or disregard the laws. Please know how very repentant I am for being responsible for the loss of two precious human lives!

2-10-2020

U.S. DEPARTMENT OF JUSTICE                        **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Nickell, Stella**                  **17371-086**        **A**      **FCI Dublin**
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.          UNIT         INSTITUTION

**Part A– INMATE REQUEST**

Please reconsider my request for Compassionate Release, under
BOP 5050.50 28 cfr 571.61 (2)(a)(i) Extraordinary Compelling Circumstances
I am under 4205 (g). I believe I qualify for the following reasons.
My health conditions, I am currently under Chronic Care.
- Heart Murmur
- Hypertention
- Osteoarthritis, in hips spine, shoulders and elbows
- Bone Density deterioration
- Deterioration of 3 discs/vertebra, neck, shoulders and lower back
- Doulbe Scoliosis of the spine, shoulders and lower back
- Severe hearing loss
- Exposed to active TB and tested positive (in care of BOP).
- My age 78, and low risk pattern score, Cares Act, Hardship.

4-20-22                                      _(signature)_
DATE                                         SIGNATURE OF REQUESTER

**Part B– RESPONSE**

---

DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: _____

                                           CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                            _____
DATE                                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                            BP–229(13)
                                                                   APRIL 1982



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_____

_Office of the General Counsel_                    _Washington, DC 20534_


June 9, 2021


MEMORANDUM FOR R.J. GARCIA, WARDEN
                FEDERAL CORRECTIONAL INSTITUTION
                DUBLIN, CALIFORNIA

                _James C Wills for_

FROM:          Ken Hyle
               Assistant Director/General Counsel


SUBJECT:       NICKELL, Stella Maudine
               Federal Register No. 17371-086
               Request for Reduction in Sentence


Please be advised that Ms. Nickell's request for a reduction in
sentence (RIS) pursuant to Program Statement No. 5050.50,
<u>Compassionate Release/Reduction in Sentence: Procedures for
Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, is
denied.  We have carefully reviewed the documentation
accompanying this request and have consulted with the Assistant
Director for the BOP's Correctional Programs Division.

Title 18 U.S.C. § 4205(g) allows a sentencing court, on motion
of the BOP, to make an inmate with a minimum term sentence
immediately eligible for parole by reducing the minimum term of
the sentence to time served.  Title 18 U.S.C. § 4205(g) was
repealed effective November 1, 1987, but remains the controlling
law for inmates whose offenses occurred prior to that date.  _See_
28 C.F.R. § 572.40.  The BOP cannot initiate such a motion on
behalf of inmates who committed their offenses prior to
November 1, 1987, and received non-parolable sentences.  _See_ 28
C.F.R. § 571.64.

Ms. Nickell is seeking a RIS in part on the basis of her age,
the amount of time she has served, and the fact that she is
eligible for parole.  BOP records concerning Ms. Nickell reflect
an offense date of June 5, 1986.  Accordingly, her RIS request
is to be considered under 18 U.S.C. § 4205(g).  On June 17,

1988, she was sentenced to 90 years of imprisonment, with a minimum term of 30 years.  She is currently 77 years old and has served over 33 years of imprisonment.

Ms. Nickell became eligible for parole on December 7, 2017.  At her parole hearing held on March 4, 2021, the United States Parole Commission indicated there would be no change to the previous decision to deny two-thirds parole and continue to expiration.  Ms. Nickell's next statutory interim hearing is scheduled for March 2023.  As the United States Parole Commission has already heard Ms. Nickell's case, the BOP cannot initiate a RIS motion on her behalf.  Accordingly, her RIS request is denied.

Please provide Ms. Nickell with a copy of this decision.


cc:  M. Rios, Regional Director, Western Region



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

*Office of the Warden*                                          *Dublin, California*

July 25, 2020

MEMORANDUM FOR KEN HYLE, ASSISTANT DIRECTOR GENERAL COUNSEL
                   BUREAU OF PRISONS

FROM:          W.Z. Jenkins II, Warden

SUBJECT:      Request for Compassionate Release/
                Reduction in Sentence

                Inmate:    Nickell, Stella Maudine
                Reg. No.:  17371-086
                Docket No.: CR87-276 WD

I recommend consideration be given to modify the imposed term of
confinement for inmate Nickell.  This request is made pursuant to
Program Statement 5050.50, <u>Compassionate Release/Reduction in</u>
Sentence: <u>Procedures for Implementation of 18 U.S.C. §§</u>
<u>3582(c)(1)(A) and 4205(g)</u>, dated January 17, 2019; under section
2. Extraordinary or Compelling Circumstances.

Inmate Nickell was sentenced on June 17, 1988, under the "Old
Law" to 90 years for Product Tampering, with a minimum term of 30
years.  She has a projected release date of July 10, 2040, via
Mandatory Release.  She has served over 32 years of her sentence,
and 62% of her statutory term.  At age 76, inmate Nickell has
already been denied parole twice.  She requests a Compassionate
Release for the above reasons, as well as numerous other reasons
which include her medical conditions and overall positive
institutional adjustment.  Although she appears to not meet the
criteria of the other subsections of the aforementioned program
statement, an extraordinary or compelling circumstance exists.

In light of the current COVID-19 pandemic and the current
sentiment of releasing offenders based on appropriate
circumstances, it is my recommendation her case be submitted to
the Assistant Director General Counsel for further review and
consideration.

Inmate:      Nickell, Stella Maudine
Reg. No.:    17573-027
Docket No.:  CR87-276 WD

Inmate Nickell has a residence established with her friend Anna
Jo Rider, at 313 Agora Way, Las Vegas, NV 89110.  She may be
reached at (702)728-6573.  Additionally, inmate Nickell is
subject to the Victim and Witness Protection Act of 1982 (VWP).
A VWP notification for this request has been initiated.

Thank you for your consideration of this request.  We have
enclosed the relevant documentation for your review.  If you
require additional information, please do not hesitate to contact
me.



## Individualized Needs Plan - Program Review    (Inmate Copy)

SEQUENCE: 00312277

Dept. of Justice / Federal Bureau of Prisons

Team Date: 03-21-2022

Plan is for inmate: NICKELL, STELLA MAUDINE  17371-086

| | | | | |
|---|---|---|---|---|
| Facility: | DUB  DUBLIN FCI | | Proj. Rel. Date: | 07-10-2040 |
| Name: | NICKELL, STELLA MAUDINE | | Proj. Rel. Mthd: | MANDATORY RELEASE |
| Register No.: | **17371-086** | | DNA Status: | DUB05231 / 06-15-2011 |
| Age: | 78 | | | |
| Date of Birth: | ▮▮▮▮▮ | | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DUB | UNICOR S2 | UNICOR S2 | 02-11-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DUB | ESL HAS | ENGLISH PROFICIENT | 08-15-1991 |
| DUB | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-01-1991 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DUB F | C | ACE JAZZ & JUSTICE 3 SELFSTUDY | 05-14-2021 | 05-14-2021 |
| DUB F | C | ACE JAZZ & JUSTICE 4 SELFSTUDY | 05-01-2021 | 05-01-2021 |
| DUB F | C | WORLD OF FINANCE PT.2 SLF-STDY | 04-04-2021 | 04-05-2021 |
| DUB F | C | WORLD OF FINANCE PT.1 SLF-STDY | 02-26-2021 | 02-27-2021 |
| DUB F | C | ACE CRUCIAL DECISION MAKING 2 | 02-04-2021 | 02-04-2021 |
| DUB F | C | ACE REBRADNING YOURSELF SELFST | 12-08-2020 | 12-08-2020 |
| DUB F | C | ACE CHANNELING STRESS 2 SELFST | 12-12-2020 | 12-12-2020 |
| DUB F | C | ACE BENEFITS OF BEING SELFST | 12-10-2020 | 12-11-2020 |
| DUB F | C | ACE CRUCIAL DECISION MAKING 1 | 12-09-2020 | 12-09-2020 |
| DUB F | C | ACE THINK & BE HEALTHY SELFSTY | 11-29-2020 | 11-30-2020 |
| DUB F | C | ACE PATH 2 MENTAL WELL SELFSTY | 11-12-2020 | 11-13-2020 |
| DUB F | C | ACE CONFLIC RESOLUTION 2 SLFST | 11-11-2020 | 11-12-2020 |
| DUB F | C | ACE CONFLIC RESOLUTION 1 SLFST | 11-09-2020 | 11-10-2020 |
| DUB F | C | ACE LANDSCAPING 2 | 12-28-2019 | 02-01-2020 |
| DUB F | C | ACE BASIC LANDSCAPING 1 | 11-23-2019 | 01-31-2020 |
| DUB F | C | ACE SURVIVING ADVERSITY 2 | 11-07-2019 | 12-12-2019 |
| DUB F | C | ACE SURVIVING ADVERSITY 1 | 10-03-2019 | 10-03-2019 |
| DUB F | C | FOOD GARDENING II | 08-23-2019 | 09-19-2019 |
| DUB F | C | FOOD GARDENING | 07-16-2019 | 08-20-2019 |
| DUB F | C | GROWING FRUITS&FLOWERS IN | 05-21-2019 | 06-11-2019 |
| DUB F | C | WORD M-F730-11AM M&W 600- | 02-16-2011 | 05-27-2011 |
| DUB F | C | JOB FAIR INFORMATION | 08-25-2010 | 08-25-2010 |
| DUB F | W | COLLEGE GRAPHICS T-TH 530-830P | 11-01-2007 | 01-11-2008 |
| DUB F | C | OFFICE SAT 730-930 1130-230 | 08-17-2006 | 04-01-2008 |
| DUB F | C | ADV SCULPT/FRI&SAT 5:30-8:30P. | 05-15-2005 | 11-26-2005 |
| DUB F | C | CGRAPHICSVTBS MTWTH 530-830P | 03-24-2005 | 08-19-2005 |
| DUB F | C | CGRAPHICSVTBS MTWTH 530-830P | 05-18-2004 | 08-30-2004 |
| DUB F | C | ADVANCED CLAY | 01-24-2004 | 07-05-2004 |
| DUB F | C | ADV/CLAY WHEEL TECH. | 01-09-2003 | 10-27-2003 |
| DUB F | C | CAMP SCULPTURE | 08-01-2001 | 04-04-2003 |
| DUB F | C | ADV SCULPT/FRI&SAT 5:30-8:30P. | 06-02-2002 | 01-06-2003 |
| DUB F | C | PSE CORRESPONDENCE GENERAL | 10-01-2000 | 05-20-2001 |
| DUB F | C | PSE CORRESPONDENCE GENERAL | 02-09-1999 | 07-25-2000 |
| DUB F | C | AMERICAN CANCER SOCIETY | 05-12-2000 | 05-12-2000 |
| DUB F | W | ELECT/ELECTRONICS SELF STD TPC | 03-25-1996 | 02-10-1999 |
| PLE F | W | ENGLISH COMP. I TUES EV | 03-16-1992 | 05-16-1992 |
| PLE F | C | MON/WED 5:30PM 8:30PM | 10-07-1991 | 02-07-1992 |



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: NICKELL, STELLA MAUDINE  17371-086

SEQUENCE: 00312277

Team Date: 03-21-2022

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| PLE F | C | BUS ED (T,W,TH) 05:30-8:30 | 03-12-1991 | 07-02-1991 |
| PLE F | C | (7:30-10:30 * 12:30-3:30) | 09-26-1990 | 06-13-1991 |
| PLE F | C | W & F (5:30 - 8:30P) | 11-09-1990 | 06-13-1991 |
| PLE F | W | BUS ED (T&T) 6:00-8:00PM | 04-06-1990 | 07-05-1990 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 06-30-2010 |
| CARE2 | STABLE, CHRONIC CARE | 02-06-2006 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| C19-RCVRD | COVID-19 RECOVERED | 01-04-2021 |
| HEAR LOSS | PARTIAL HEARING LOSS | 09-05-2019 |
| LOWER BUNK | LOWER BUNK REQUIRED | 08-07-2018 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 10-26-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-30-2015 |

### Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| ED NONE | DRUG EDUCATION NONE | 01-23-2015 |

### FRP Payment Plan

| Most Recent Payment Plan |
|--------------------------|

** NO FRP DETAILS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:    $2,600.00        Payments commensurate ?    Y

New Payment Plan:    ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 01-16-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-16-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 01-16-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 02-03-2022 |
| N-EDUC N | NEED - EDUCATION NO | 01-16-2022 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 01-16-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-16-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-16-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 01-16-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 01-16-2022 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 01-16-2022 |
| N-TRAUMA N | NEED - TRAUMA NO | 01-16-2022 |
| N-WORK N | NEED - WORK NO | 01-16-2022 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 03-21-2022 |

### Progress since last review

Has maintained good work reviews.

Completed the following:
RESOLVE PHASE 2 CPT
RESOLVE PHASE 2 DBT
RESOLVE PROGRAM
UNICOR 500 HOURS



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: NICKELL, STELLA MAUDINE  17371-086

SEQUENCE: 00312277
Team Date: 03-21-2022

Enrolled in the following:
RESOLVE PHASE 3 MAIN WAIT
ANGER MANAGEMENT CBT WAIT
EMOTIONAL SELF-REG CBT WAIT
AGING WELL WAIT
BASIC COGNITIVE SKILLS WAIT

Did not enroll in the following due to class not available:
BRAIN HEALTH AS YOU AGE

## Next Program Review Goals

Complete the following by next review:
RESOLVE PHASE 3 MAIN - meets FSA Cognitions, Mental Health, Trauma; on waitlist, see Psychology
ANGER MANAGEMENT CBT - meets FSA Anger/Hostility/Cognitions; on waitlist, see Psychology
AGING WELL - meets FSA Recreation/Leisure/Fitness/Medical; on waitlist, see Special Populations Program Coordinator

Continue the following into next review:
EMOTIONAL SELF-REG CBT; already on waitlist
BASIC COGNITIVE SKILLS - meets FSA Cognitions; on waitlist, see Psychology

## Long Term Goals

Complete the following by 03-2023:
EMOTIONAL SELF-REG CBT; already on waitlist, see Psychology
BASIC COGNITIVE SKILLS - meets FSA Cognitions; on waitlist, see Psychology

## RRC/HC Placement

No.
null.

## Comments

Pre-release RRC placement as well as home confinement consideration, in accordance with the 2nd Chance Act  will be reviewed approximately 17 - 19 months prior to release date, depending on appropriateness and eligibility. She is under Old Law and will be on parole when granted.

She had a parole hearing in March 2021.  She was denied parole.



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: NICKELL, STELLA MAUDINE  17371-086

SEQUENCE: 00312277
Team Date: 03-21-2022

Name:  NICKELL, STELLA MAUDINE          DNA Status:  DUB05231 / 06-15-2011
Register No.:  **17371-086**
Age:  78
Date of Birth:  ████████

_____

Inmate   (NICKELL, STELLA MAUDINE, Register No.: 17371-086)


_____

Date


_____          _____
Unit Manager / Chairperson                Case Manager

_____          _____
Date                                      Date

```
DUBDH  606.00 *    FEMALE CUSTODY CLASSIFICATION FORM      *      04-26-2022
PAGE 001 OF 001                                                    08:39:36
                          (A) IDENTIFYING DATA
REG NO..: 17371-086           FORM DATE: 05-12-2021        ORG: DSC
NAME....: NICKELL, STELLA MAUDINE
                                   MGTV: GRTR SECU
PUB SFTY: NONE                     MVED: 04-29-2023
                          (B) BASE SCORING
DETAINER: (0) NONE              SEVERITY.......: (7) GREATEST
MOS REL.: 229                   CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE              VIOLENCE.......: (2) > 15 YRS SERIOUS
VOL SURR: (0) N/A               AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                          (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


                --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE   SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY CONSIDER
+9   +20   -8         +1        MINIMUM      LOW              IN    DECREASE



G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
DUBDH  531.01 *          INMATE HISTORY              *     04-26-2022
PAGE 001 OF 001 *            WASPB                   *     08:40:11


REG NO..: 17371-086 NAME....: NICKELL, STELLA MAUDINE
CATEGORY: WSP        FUNCTION: DIS      FORMAT:


FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIM
DUB    GR AGE P   GR AGING WELL PART       04-06-2022 0900 CURRENT
DUB    GR BCSW    GR BASIC COGNITIVE SKILLS WAIT  03-11-2022 0916 CURRENT
DUB    GR AGE W   GR AGING WELL WAIT       11-12-2021 0913 04-06-2022 090




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
 DUBDH   531.01 *          INMATE HISTORY          *    04-26-2022
PAGE 001 OF 001 *             PT OTHER             *    08:40:05


REG NO..: 17371-086 NAME....: NICKELL, STELLA MAUDINE
CATEGORY: PTO      FUNCTION: DIS     FORMAT:


FCL   ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIM
DUB   ANG M WAIT ANGER MANAGEMENT CBT WAIT 05-25-2021 1247 CURRENT
DUB   EM SR WAIT EMOTIONAL SELF-REG CBT WAIT 03-11-2022 0916 CURRENT
DUB   UNICOR C   UNICOR 500 HOURS COMPLETE  07-30-2020 2100 09-20-2021 072
DUB   TALK DOC C TALKING WITH YOUR DOCTOR COMP 06-12-2020 1410 06-25-2020 141
DUB   TALK DOC P TALKING WITH YOUR DOCTOR PART 06-11-2020 1409 06-12-2020 141




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
  DUBDH  540*23  *              SENTENCE MONITORING              *      04-26-2022
PAGE 001         *              COMPUTATION DATA                 *      08:39:18
                                AS OF 04-26-2022
```

REGNO..: 17371-086 NAME: NICKELL, STELLA MAUDINE


```
FBI NO..........: 575247D                DATE OF BIRTH: ██████████   AGE:  78
ARS1............: DUB/A-DES
UNIT............: A                       QUARTERS.....: A01-271L
DETAINERS.......: NO                      NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 01-10-2040

THE INMATE IS PROJECTED FOR RELEASE: 07-10-2040 VIA MAND REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------
```
COURT OF JURISDICTION...........: WASHINGTON, WESTERN DISTRICT
DOCKET NUMBER...................: CR87-276 WD
JUDGE...........................: DWYER
DATE SENTENCED/PROBATION IMPOSED: 06-17-1988
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 06-28-1988
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $250.00         $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00
```

----------------------CURRENT OBLIGATION NO: 010 -----------------------------
```
OFFENSE CODE....:  822     FOOD AND DRUG
OFF/CHG: 18 USC 1365    PRODUCT TAMPERING   (5 COUNTS)

   SENTENCE PROCEDURE.............: 4205(B)(1) MINIMUM PE SET BY COURT
   SENTENCE IMPOSED/TIME TO SERVE.:    90 YEARS
   MINIMUM TERM...................:    30 YEARS
   DATE OF OFFENSE................: 06-05-1986
```

G0002      MORE PAGES TO FOLLOW . . .

```
  DUBDH  540*23 *              SENTENCE MONITORING          *    04-26-2022
PAGE 002        *              COMPUTATION DATA             *    08:39:18
                                AS OF 04-26-2022
```

REGNO..: 17371-086 NAME: NICKELL, STELLA MAUDINE


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-28-2017 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-02-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 06-17-1988
TOTAL TERM IN EFFECT............:    90 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    90 YEARS
EARLIEST DATE OF OFFENSE........: 06-05-1986

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    12-09-1987     06-16-1988

TOTAL JAIL CREDIT TIME..........: 191
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 10800
PAROLE ELIGIBILITY..............: 12-07-2017
STATUTORY RELEASE DATE..........: 05-13-2048
ELDERLY OFFENDER TWO THIRDS DATE: 12-09-2047
180 DAY DATE....................: 06-10-2077
EXPIRATION FULL TERM DATE.......: 12-07-2077
TIME SERVED.....................:    34 YEARS      4 MONTHS     18 DAYS
PERCENTAGE OF FULL TERM SERVED..: 38.2
PERCENT OF STATUTORY TERM SERVED: 65.3
```


G0002      MORE PAGES TO FOLLOW . . .

```
  DUBDH  540*23 *            SENTENCE MONITORING           *     04-26-2022
PAGE 003 OF 003 *            COMPUTATION DATA              *     08:39:18
                              AS OF 04-26-2022
```

REGNO..: 17371-086 NAME: NICKELL, STELLA MAUDINE


NEXT PAROLE HEARING DATE........: 03-01-2023
TYPE OF HEARING.................: STATUTORY INTERIM HEARING

PROJECTED SATISFACTION DATE.....: 07-10-2040
PROJECTED SATISFACTION METHOD...: MAND REL

REMARKS.......: CTS. I & II PRODUCT TAMPERING: SENTENCED TO 90 YEARS EACH
                COUNT TO RUN CONCURRENT. CTS III - V  PRODUCT TAMPERING:
                10 YEARS EACH, CONCURRENT TO CTS I & II.
                12-14-2010 DSCC ASSUMED COMP PER NEW DIRECTIVE.


S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

```
DUBDH          *        INMATE EDUCATION DATA        *      04-26-2022
PAGE 001       *             TRANSCRIPT              *      08:39:50

REGISTER NO: 17371-086      NAME..: NICKELL                 FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: DUB-DUBLIN FCI

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
DUB  ESL HAS    ENGLISH PROFICIENT          08-15-1991 0838 CURRENT
DUB  GED HAS    COMPLETED GED OR HS DIPLOMA  06-01-1991 0712 CURRENT

----------------------- EDUCATION COURSES -----------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
DUB F       ACE JAZZ & JUSTICE 3 SELFSTUDY 05-14-2021 05-14-2021  P  C  P    2
DUB F       ACE JAZZ & JUSTICE 4 SELFSTUDY 05-01-2021 05-01-2021  P  C  P    2
DUB F       WORLD OF FINANCE PT.2 SLF-STDY 04-04-2021 04-05-2021  P  C  P    6
DUB F       WORLD OF FINANCE PT.1 SLF-STDY 02-26-2021 02-27-2021  P  C  P    6
DUB F       ACE CRUCIAL DECISION MAKING 2  02-04-2021 02-04-2021  P  C  P    3
DUB F       ACE REBRANDING YOURSELF SELFST 12-08-2020 12-08-2020  P  C  P    3
DUB F       ACE CHANNELING STRESS 2 SELFST 12-12-2020 12-12-2020  P  C  P    3
DUB F       ACE BENEFITS OF BEING SELFST   12-10-2020 12-11-2020  P  C  P    6
DUB F       ACE CRUCIAL DECISION MAKING 1  12-09-2020 12-09-2020  P  C  P    3
DUB F       ACE THINK & BE HEALTHY SELFSTY 11-29-2020 11-30-2020  P  C  P    6
DUB F       ACE PATH 2 MENTAL WELL SELFSTY 11-12-2020 11-13-2020  P  C  P    6
DUB F       ACE CONFLIC RESOLUTION 2 SLFST 11-11-2020 11-12-2020  P  C  P    6
DUB F       ACE CONFLIC RESOLUTION 1 SLFST 11-09-2020 11-10-2020  P  C  P    6
DUB F       ACE LANDSCAPING 2              12-28-2019 02-01-2020  P  C  P    8
DUB F       ACE BASIC LANDSCAPING 1        11-23-2019 01-31-2020  P  C  P    8
DUB F       ACE SURVIVING ADVERSITY 2      11-07-2019 12-12-2019  P  C  P   10
DUB F       ACE SURVIVING ADVERSITY 1      10-03-2019 10-03-2019  P  C  P   10
DUB F       FOOD GARDENING II              08-23-2019 09-19-2019  P  C  P    8
DUB F       FOOD GARDENING                 07-16-2019 08-20-2019  P  C  P    8
DUB F       GROWING FRUITS&FLOWERS IN CONT 05-21-2019 06-11-2019  P  C  P    8
DUB F       WORD M-F730-11AM M&W 600-830PM 02-16-2011 05-27-2011  P  C  M  100
DUB F       JOB FAIR INFORMATION           08-25-2010 08-25-2010  P  C  P    3
DUB F       COLLEGE GRAPHICS T-TH 530-830P 11-01-2007 01-11-2008  P  W  I   70
DUB F       OFFICE SAT 730-930 1130-230    08-17-2006 04-01-2008  P  C  M  266
DUB F       ADV SCULPT/FRI&SAT 5:30-8:30P. 05-15-2005 11-26-2005  P  C  P   20
DUB F       CGRAPHICSVTBS MTWTH 530-830P   03-24-2005 08-19-2005  P  C  C  120
DUB F       CGRAPHICSVTBS MTWTH 530-830P   05-18-2004 08-30-2004  P  C  C  120
DUB F       ADVANCED CLAY WHEEL/SAT&SUN/1P 01-24-2004 07-05-2004  P  C  P   18
DUB F       ADV/CLAY WHEEL TECH.           01-09-2003 10-27-2003  P  C  P   18
DUB F       CAMP SCULPTURE                 08-01-2001 04-04-2003  P  C  P    6
DUB F       ADV SCULPT/FRI&SAT 5:30-8:30P. 06-02-2002 01-06-2003  P  C  P   20
DUB F       PSE CORRESPONDENCE GENERAL USE 10-01-2000 05-20-2001  P  C  P   90
DUB F       PSE CORRESPONDENCE GENERAL USE 02-09-1999 07-25-2000  P  C  P  600
DUB F       AMERICAN CANCER SOCIETY PRESNT 05-12-2000 05-12-2000  P  C  P    1
DUB F       ELECT/ELECTRONICS SELF STD TPC 03-25-1996 02-10-1999  P  W  I   40
PLE F       ENGLISH COMP. I  TUES EV       03-16-1992 05-16-1992  P  W  V   20
PLE F       MON/WED 5:30PM 8:30PM          10-07-1991 02-07-1992  C  C  P    0
PLE F       BUS ED (T,W,TH) 05:30-8:30     03-12-1991 07-02-1991  P  C  M  132
PLE F       (7:30-10:30 * 12:30-3:30)      09-26-1990 06-13-1991  P  C  M  120
PLE F       W & F (5:30 - 8:30P)           11-09-1990 06-13-1991  P  C  E   84

G0002      MORE PAGES TO FOLLOW . . .
```

```
   DUBDH        *         INMATE EDUCATION DATA         *      04-26-2022
PAGE 002 OF 002 *              TRANSCRIPT               *      08:39:50

REGISTER NO: 17371-086    NAME..: NICKELL              FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: DUB-DUBLIN FCI

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
PLE F       BUS ED (T&T) 6:00-8:00PM     04-06-1990 07-05-1990   P  W  I   32
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

BP-S622.060 **RADIOLOGIC CONSULTATION REQUEST/REPORT** CDFRM
JUL 99
U.S. DEPARTMENT OF JUSTICE                                **FEDERAL BUREAU OF PRISONS**

| Patient Identification<br>Name, Register Number, Institution<br><br>17371 086<br><br>_____<br>17371 086 - CAMP PARKS | Age 58 | Sex F | Examination Requested<br>X-ray of Spine<br>Thoracic - sacral |
|---|---|---|---|
| | Pregnant ___Yes ✓No | | |
| | Diabetic ___Yes ✓No | | Unit A |
| | Requested by A. Nahan | | Date Requested 8/14/01 |

Specific reason(s) for request (complaints and findings)
Chronic LBP - hx of scoliosis

| Date of Examination<br>8/21/01 al | Date of Report | Date of Transcription<br>8/30/01 | Film# |
|---|---|---|---|

Radiologic Report


THORACIC SPINE:

There is a mild levoscoliosis.  The intervertebral disc spaces are normal.
The vertebral bodies are of normal height.  There is mild osteophytosis.  The
paraspinous soft tissues are unremarkable.

IMPRESSION:   Mild levoscoliosis and osteophytosis.


LUMBAR SPINE:

There is disc space narrowing and osteophytosis of L4-L5.  The vertebral
bodies are of normal height.  The paraspinous soft tissues are unremarkable.

IMPRESSION:   Degenerative disc disease of L4-L5.

B. EMD
BELEN EZAZ, M.D.
CLINICAL DIRECTOR
FCI DUBLIN

| Signature   Franklin B. Grossman, M.D. | Location of Radiologic Facility |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology
(This form may be replicated via WP)                    This form replaces BP-S622 dtd AUG 96

BP-S622.060 RADIOLOGIC/ULTRASONOGRAPHIC REQUEST/REPORT
JUL 99
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Patient Identification Name, Register Number, Institution 73711-088 MICHELL, STELLA 647-0283 Dublin Site Street - CAMP Dublin, CA - 9417 94568 | Age 61 | Sex F | Examination Requested - Chest PA & Lat - C-Spine Serie |
|---|---|---|---|
| | Pregnant ___ Yes ✓ No | | Unit A-Unit |
| | Diabetic ___ Yes ✓ No | | |
| | Requested by B EZAZ | | Date Requested 3/8/05 |

Specific reason(s) for request (complaints and findings) ① Smoker before for yrs. ② Chronic neck pain w/ radiation to both upper extremities & abdomen

| Date of Examination 3/18/05 | Date of Report | Date of Transcription 3 29 05 | Film# |
|---|---|---|---|

Radiologic Report

CHEST:

Two views of the chest demonstrate clear lung fields throughout. The hilar and mediastinal shadows, cardiac silhouette and visible osseous structures are unremarkable. The diaphragmatic contours are smooth. The costophrenic angles are sharp.

IMPRESSION:    Normal chest.

CERVICAL SPINE:

There is disc space narrowing and osteophytosis of C5 to C7. There is mild encroachment on the intervertebral foramina at these levels on the left. The vertebral bodies are of normal height. The prespinous soft tissues are unremarkable.

IMPRESSION:    Degenerative disc disease of C5 to C7.

*MEZAZ* 4/15/05
BELEN EZAZ, MD
CLINICAL DIRECTOR
FCI DUBLIN

| Signature Franklin E. Brown, M.D. | Location of Radiologic Facility |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology
(This form may be replicated via WP)                    This form replaces BP-S622 dtd AUG 96

In regard to Nickell, Stella, Reg # 17371-086:                    April 20th, 2022

Ms. Nickell began working for UNICOR in April of 1992.  She began in the furniture factory as an overhead router and was quickly moved to the drafting department. Upon closure of the furniture factory she was transferred to the cut and sew factory as a maintenance mechanic.  In 2011 she transferred to the Call Center where she has been the IT Clerk ever since.  She assists with the daily preventative maintenance of all computers and repairs any broken equipment as needed.  She quickly learned any task given to her.

Ms. Nickell is goal oriented and task driven. She assists staff with any and all assignments asked of her, training inmates and reporting any and all factory issues she's discovered, in a timely and informative manner. Her work ethic and commitment to Dublin's UNICOR mission set the example for all others to follow and that few can meet.

Stella always maintains a professional attitude while working closely with staff as well as inmates.  She is an exemplary employee by following all instructions and is always where she is supposed to be. She's a great mentor to others, displaying good work ethics and overall attitude to authority figures.

Karen Khan, UNICOR Factory Manager



Samuel Cameron Institution
A. Pickett #17391-086
5701 8th St. Unit 'A'
Dublin, CA 94568

OAKLAND CA
WED 04 MAY

FILED
LODGED
RECEIVED

MAIL

MAY 07 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BY                    DEPUTY

United States District Court
Western District of Washington
700 Steward St. Room 2310
Seattle, WA. 98101-1271