The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STELLA MAUDINE NICKELL,<br><br>Defendant. | NO. CR87-276 JLR<br><br><br><br>NOTICE OF APPEARANCE |

The United States of America submits this Notice of Appearance of Counsel in this case.

Teal Luthy Miller is now counsel of record for this case on behalf of the United States. Counsel respectfully requests that all pleadings, court documents, and correspondence be forwarded to her at the following address:

> Teal Luthy Miller
> United States Attorney's Office
> 700 Steward Street, Suite 5220
> Seattle, Washington 98101-1271
> Fax Number: (206) 553-0755

NOTICE OF APPEARANCE - 1
*United States v. Nickell*, CR87-0276 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | May 12, 2022. |
| 2 | |
| 3 | Respectfully submitted, |
| 4 | |
| 5 | NICHOLAS W. BROWN |
| 6 | United States Attorney |
| 7 | */s/ Teal Luthy Miller* |
| 8 | TEAL LUTHY MILLER<br>Assistant United States Attorney |
| 9 | United States Attorney's Office |
| 10 | 700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271 |
| 11 | Phone: 206-553-7970 |

NOTICE OF APPEARANCE - 2
*United States v. Nickell*, CR87-0276 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served it on the Defendant, Stella M. Nickell, who is proceeding *pro se*, by First Class Mail at the following address:

Stella M. Nickell, Registration No. 17371-086
FCI Dublin
Federal Correctional Institution
5701 8th Street – Camp Parks
Dublin, CA  94568

                                         */s/ John M. Price*
                                         JOHN M. PRICE
                                         Paralegal Specialist
                                         United States Attorney's Office
                                         700 Stewart Street, Suite 5220
                                         Seattle, Washington 98101
                                         Phone: (206) 553-7970

NOTICE OF APPEARANCE - 3
*United States v. Nickell*, CR87-0276 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970