# EXHIBIT C

Judge Dwyer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO.  CR87-276WD |
| ) | |
| v. ) | |
| ) | JUDGMENT AND COMMITMENT |
| STELLA MAUDINE NICKELL, ) | |
| 17807 - S.E. 346th, ) | |
| Auburn, Washington  98002 ) | |
| SSN:       -4084 ) | |
| ) | |
| Defendant. ) | |

On this 17th day of June, 1988 came the attorney for the Government and the defendant appeared in person and with Thomas W. Hillier II, her attorney.

IT IS ADJUDGED that the defendant upon her plea of NOT GUILTY, and a jury verdict of GUILTY, has been convicted of the offenses of product tampering, violations of Title 18, United States Code, Section 1365, as charged in the Indictment, and the Court having asked the defendant whether she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

JUDGMENT AND
COMMITMENT/NICKELL - 1

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
206-442-1967

FORM OBD-183
MAR. 83

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED as to Count I that the defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of NINETY (90) YEARS. Pursuant to Title 18, United States Code, Section 4205(b)(1), the Court designates a minimum term of THIRTY (30) YEARS.

IT IS ADJUDGED as to Count II that the defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of NINETY (90) YEARS. Pursuant to Title 18, United States Code, Section 4205(b)(1), the Court designates a minimum term of THIRTY (30) YEARS. Said sentence as to Count II will be served concurrently with the sentence imposed as to Count I.

IT IS ADJUDGED as to each of Counts III, IV, and V, that the defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of TEN (10) YEARS. Said sentences will be served concurrently with the sentences imposed as to Count I and Count II.

IT IS ORDERED that, pursuant to Title 18, United States Code, Section 3013, defendant shall pay the sum of $250.00 as a mandatory penalty assessment to be deposited in the Crime Victims Fund.

JUDGMENT AND
COMMITMENT/NICKELL - 2

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
206-442-1967

FORM OBD-183
MAR. 83

1 | The Court recommends that the Bureau of Prisons confine
2 | the defendant at the Purdy correctional institution during
3 | the pendency of her appeal.
4 | IT IS ORDERED that the Clerk deliver a certified copy of
5 | this judgment and commitment to the United States Marshal or other
6 | qualified officer and that the copy serve as the commitment of
7 | the defendant.

/s/ William L. Dwyer
-------------------
UNITED STATES DISTRICT JUDGE

Presented by:

JOANNE Y. MAIDA
Assistant United States Attorney

JUDGMENT AND
COMMITMENT/NICKELL - 3

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
206-442-1967

FORM OBD-183
MAR 83