The Honorable James L. Robart

1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT
8  WESTERN DISTRICT OF WASHINGTON
   AT SEATTLE
9

10  UNITED STATES OF AMERICA,                NO. CR87-276 JLR

11                      Plaintiff,

12                                            UNITED STATES' MOTION TO
                                              SEAL EXHIBITS A AND B TO
13            v.                              UNITED STATES' OPPOSITION TO
                                              DEFENDANT'S MOTION FOR
14                                            REDUCTION IN SENTENCE
15  STELLA MAUDINE NICKELL,
                                              NOTING DATE: May 20, 2022
16                      Defendant.

17

18

19        The United States of America hereby moves this Court for an Order to Seal Exhibits

20  A and B to United States' Opposition to Defendant's Motion for Reduction.    The

21  government requests that the Court seal the exhibit because it contains personal

22  information that should not be available to the general public.

23  //

24  //

25  //

26

27

28

Government's Motion to Seal - 1
*United States v. Nickell,*  CR87-276 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 12th day of May, 2022.

2  Respectfully submitted,

3  NICHOLAS W. BROWN

4  United States Attorney

5

6  /s/ Teal Luthy Miller

7  TEAL LUTHY MILLER
   Assistant United States Attorney

8  United States Attorney's Office

9  700 Stewart Street, Suite 5220
   Seattle, Washington  98101

10 Phone:  206-553-7970

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Government's Motion to Seal - 2
*United States v. Nickell,*  CR87-276 JLR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

     I hereby certify that on May 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served it on defendant Stella M. Nickell, who is proceeding *pro se*, by First Class Mail at the following address:

Stella M. Nickell, Registration No. 17371-086
FCI Dublin
Federal Correctional Institution
5701 8th Street – Camp Parks
Dublin, CA 94568

                    */s/ John M. Price*
                    JOHN M. PRICE
                    Paralegal Specialist
                    United States Attorney's Office
                    700 Stewart Street, Suite 5220
                    Seattle, Washington 98101
                    Phone: (206) 553-7970

Government's Motion to Seal - 3
*United States v. Nickell,* CR87-276 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970