RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 20 2022

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

FILED
DOCKETED
DATE        INITIAL

**Form 27. Motion for** Stella Maudine Nickell #17371-086

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

**9th Cir. Case Number(s)**

**Case Name** United States of America vs. Stella Maudine Nickell

**Lower Court or Agency Case Number** CR-87-0276 JLR

**What is your name?** Stella Maudine Nickell

1. **What** do you want the court to do?

   Transfer the above referenced case to the Ninth Circuit, grant my motion for compassionate release for reasons of age, chronic medical conditions and rehabilitation, good behavior. Mistreatment, lack of treatment.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   Petition has served over her minimum sentence. Petitioner is almost 80 years old. Petitioner is categorized as "Frail Elderly offender". She can barely walk at times without assistance. Fallen twice with serious injury breaking foot, ankle and ribs. Suffers from advanced Osteoarthritis in her hips, spine, shoulders, elbows and hands. She has 3 disks in her back that are deteriorated, she is not able to stand straight. Hearing loss and exposed to TB twice, heart problems, contracted Covid twice.

**Your mailing address:**

FCI Dublin 5701 8th Street Unit A

**City** Dublin  **State** CA  **Zip Code** 94568

**Prisoner Inmate or A Number (if applicable)** 17371-086

**Signature** Stella Nickell   **Date** 7-5-2022

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 27                                                                                                       New 12/01/2018