FILED

OCT 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. STELLA MAUDINE NICKELL, Defendant-Appellant. | No. 22-30123 D.C. No. 2:87-cr-00276-JLR-1 Western District of Washington, Seattle ORDER |

Before:    S.R. THOMAS, McKEOWN, and HURWITZ, Circuit Judges.

Appellee's motion (Docket Entry No. 22) to summarily affirm the district court's order denying appellant's motion for compassionate release under 18 U.S.C. § 3582(c)(1) is granted. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard). Because appellant committed her offenses before November 1, 1987, she is ineligible for compassionate release under § 3582(c)(1). *See United States v. King*, 24 F.4th 1226, 1228 (9th Cir. 2022). We do not consider arguments made for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

OSA106