FILED

NOV 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> STELLA MAUDINE NICKELL, <br><br> Defendant-Appellant. | No. 22-30123 <br><br> D.C. No. 2:87-cr-00276-JLR-1 <br> Western District of Washington, Seattle <br><br> ORDER |

Before:   S.R. THOMAS, McKEOWN, and HURWITZ, Circuit Judges.

The court has received appellant's untimely opposition (Docket Entry No. 25) to appellee's motion for summary affirmance. Appellant renews arguments made in the opening brief, which we considered before we granted appellee's motion for summary affirmance.

Appellant has not filed a motion for reconsideration and the time for her to do so has expired. *See* Fed. R. App. P. 40(a)(1); 9th Cir. R. 27-10(a)(1). Accordingly, the mandate will issue forthwith.

OSA106